UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM M. KRAMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1659 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

ORDER

On August 18, 2005, plaintiff filed a *pro se* complaint in this Court asserting violations of the Tax Code and regulations by officers or agents of the United States. Although the complaint lists plaintiff's post office box number, Local Civil Rule 5.1(e)(1) requires that the complaint list the plaintiff's "name and full *residence* address." A plaintiff proceeding *pro se* also must list his or her telephone number in the complaint. Accordingly, it is hereby

ORDERED that plaintiff shall, on or before September 16, 2005, file an amended complaint that includes in the caption plaintiff's phone number and full residence address.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 1, 2005