UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
WILLIAM M. KRAMER,                      )
                                        )
            Plaintiff,                   )
                                        )
       v.                               )        Civil Action No. 05-1659 (PLF)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Defendants.                  )
_____)

ORDER

       On September 1, 2005, the Court issued an Order directing plaintiff to re-file, on or before September 16, 2005, an amended complaint complying with Local Civil Rule 5.1(e)(1), which requires that every complaint list the plaintiff's "name and full residence address." That date has passed and no response has been forthcoming. Accordingly, it is hereby

       ORDERED that, on or before October 11, 2005, plaintiff shall show cause in writing why his complaint should not be dismissed for failure to comply with Local Civil Rule 5.1(e)(1) and the Court's Order of September 1, 2005.

       SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: September 27, 2005