IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: February 13, 2006.

                                                                     Respectfully submitted,

                                                                     /s/ Jennifer L. Vozne
                                                                     JENNIFER L. VOZNE
                                                                     Trial Attorney, Tax Division
                                                                     U.S. Department of Justice
                                                                     P.O. Box 227
                                                                   Ben Franklin Station
                                                                     Washington, DC 20044
                                                                     Phone/Fax: (202) 307-6555/514-6866
                                                                     Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on February 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> William H. Kramer
> P.O. Box 1102
> Addison, IL 60101
>
> William H. Kramer
> c/o 288 W. Fremont
> Elmhurst, IL 60126

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE

1534195.1