IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the UNITED STATES' MOTION FOR MORE DEFINITE STATEMENT, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED and

ORDERED that plaintiff must file and serve an amended complaint by _____, ___, 2006.

It is further ORDERED that plaintiff shall include the following information in his amended complaint with respect to his request for a refund of taxes:

    A.)    Date of administrative claim(s) seeking refund of taxes,

    B.)    Identification of tax types and tax years for which plaintiff seeks a refund, and

1543878.1

  C.) Date of the Internal Revenue Service's response to any administrative claim(s) for refund of taxes or statement that no response was received.

It is further ORDERED that plaintiff shall include the following information in his amended complaint with respect to his request for damages:

  A.) Date of administrative claim(s) seeking damages,

  B.) Grounds for the claim(s),

  C.) Description of the injuries incurred by the plaintiff, and

  D.) Dollar amount of the claim, including any damages not yet incurred but that are reasonably foreseeable.

It is further ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

  SO ORDERED this _____ day of _____ 2006 .

_____
UNITED STATES DISTRICT JUDGE

1543878.1  - 2 -

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

William H. Kramer
P.O. Box 1102
Addison, IL 60101

William H. Kramer
c/o 288 W. Fremont
Elmhurst, IL 60126