### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION FOR MORE DEFINITE STATEMENT, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on February 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> William H. Kramer
> P.O. Box 1102
> Addison, IL 60101

> William H. Kramer
> c/o 288 W. Fremont
> Elmhurst, IL 60126

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1543876.1