# United States District Court
IN THE DISTRICT OF COLUMBIA

William Kramer,

Case No. 1:05-cv-01659 (PLF)

Plaintiff(s),

v.

United States

Defendant.

RECEIVED

MAR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO FILE OUT OF TIME

Plaintiffs request leave of court to respond to the courts order to file by March 27, 2006. Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. The attached responses required extensive research and writing to respond to defendants motions.

Dated: March 23, 2006

William Kramer
P.O. Box 1102
Addison, IL 60101

P.O. Box 1102
Addison, IL 60101

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated  March 23  , 2006

*William Kramer* (signature)
William Kramer