# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME

DEFENDANT, the United States, pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court for an extension of time to serve a response to plaintiff's motion to file out of time. The United States requests an additional 15 days or up to and including April 21, 2006, in which to serve a response.

As grounds for this motion, the United States asserts that it needs additional time to consult with the Internal Revenue Service in order to adequately respond to plaintiff's challenges to the regulation and plaintiff's request that the Court exercise equity jurisdiction.

A supporting memorandum and proposed order accompany this request. Also, pursuant to LCvR 7(m), undersigned counsel was unable to obtain plaintiff's

consent prior to filing this request.1/

Date: April 7, 2006.

        Respectfully submitted,

        /s/ Jennifer L. Vozne
        JENNIFER L. VOZNE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P. O. Box 227, Ben Franklin Station
        Washington, D.C.  20044
        Phone/Fax:  (202) 307-6555/514-6866
        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

---

1/ Undersigned counsel left plaintiff a voice mail on April 6, 2006, requesting a return call to discuss matters in his case.  Plaintiff returned this call at approximately 9:00 pm local time on April 6, 2006.  Undersigned counsel left another message for plaintiff this morning, but has not yet received a return call from plaintiff.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF UNITED STATES' MOTION FOR EXTENSION OF TIME TO SERVE
RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME**

This is a civil action in which plaintiff seeks a refund of federal taxes he alleges were illegally or erroneously collected, an order enjoining the Internal Revenue Service from engaging in further collection activity, and unspecified damages for alleged violations of 26 U.S.C. § 7433.

STATEMENT

1.  <u>Introduction and background.</u>  On August 18, 2005, plaintiff filed the present action. He filed an amended complaint on September 23, 2005.  He filed a second amended complaint on October 14, 2005.  On February 13, 2006, the United States filed a motion for a more definite statement.  The United States asserted that it was not clear whether the Court had subject-matter jurisdiction as plaintiff did not provide sufficient detail establishing that he had exhausted his

administrative remedies as required by 26 U.S.C. §§ 7422 and 7433.  The Court granted the motion and ordered the plaintiff to file an amended complaint on or before March 27, 2006.  (See March 6, 2006 Order.)  Plaintiff was further ordered to include specific information in his amended complaint.  Rather than file an amended complaint, plaintiff filed the present motion (a) withdrawing his request for a refund of taxes and injunctive relief, (b) challenging the validity of the regulation requiring a taxpayer to file an administrative claim for damages, and (c) asking the Court to invoke its equity jurisdiction.

  2. <u>The time for the United States to respond to the motion.</u>  Contrary to plaintiff's certificate of service, the envelope in which the United States received plaintiff's motion was marked March 24, 2006.<u>2/</u> Pursuant to LCvR 7(b) and Fed. R. Civ. P. 6(e), the United States is required to serve a response to the motion on or before April 7, 2006.

  3. <u>Relief Requested.</u>  Plaintiff's motion challenges the validity of the regulation, which explains the appropriate steps to filing an administrative claim

---

  <u>2/</u> Plaintiff failed to address the envelope to undersigned counsel, as attorney of record for the United States in this case.  Instead, he addressed it to the "Civil Process Clerk, Alberto Gonzales, United States Attorney General" at an address different from undersigned counsel's address.  Because of this, undersigned counsel did not receive the hard copy of plaintiff's motion until April 4, 2006.  Counsel did receive electronic notification on or about March 29, 2006.

for damages. The United States requires additional time to fully examine, research, and fully respond to plaintiff's challenge. The Internal Revenue Service advised that it anticipates providing advice and assistance on the regulation by close of business on April 14, 2006. The United States requests an additional five business days to compose and file its response to plaintiff's motion.

    4.    <u>The Court has discretion to grant this motion.</u>  Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for serving a response to the motion. As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p.6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987). The United States has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused.

CONCLUSION

Based upon the foregoing, the United States respectfully requests that the Court grant this motion and extend the time by which the United States must serve a response to plaintiff's motion up to and including April 21, 2006.

DATED:     April 7, 2006.

                                          Respectfully submitted,

                                          /s/ Jennifer L. Vozne
                                          JENNIFER L. VOZNE
                                          Trial Attorney, Tax Division
                                          U. S. Department of Justice
                                          P. O. Box 227, Ben Franklin Station
                                          Washington, DC 20044
                                          Phone/Fax:  (202) 307-6555/514-6866
                                          Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney