IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered plaintiff's motion to file out of time and his attached response, the United States' response to plaintiff's motion to file out of time, and the entire record of this case, the Court finds that plaintiff failed to comply with the March 6, 2006 order to file an amended complaint and that plaintiff failed to establish that the Court has subject-matter jurisdiction over his complaint. It is ORDERED that this action be and is DISMISSED. It is further ORDERED that the Clerk shall distribute copies of this order to the individuals listed below.

SO ORDERED this ____ day of _____ 2006 at Washington, DC.

_____
UNITED STATES DISTRICT JUDGE

1662360.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

William H. Kramer
P.O. Box 1102
Addison, IL 60101

William H. Kramer
c/o 288 W. Fremont
Elmhurst, IL 60126