UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
WILLIAM M. KRAMER,                      )
                                        )
                 Plaintiff,             )
                                        )
          v.                            )      Civil Action No. 05-1659 (PLF)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                 Defendants.            )
_____)

ORDER

      Upon consideration of plaintiff's motion to file out of time and defendants' response thereto, it is hereby

      ORDERED that [10] plaintiff's motion to file out of time is DENIED as moot. The Court's Order of March 6, 2006, granting defendant's motion for a more definite statement directed plaintiff to file an Amended Complaint by March 27, 2006.  Plaintiff's response was received by the Clerk and filed with the Court on March 27.  Accordingly, plaintiff's response was timely filed, and no motion for leave to file out of time was necessary.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 27, 2006