# UNITED STATES DISTRICT COURT
## IN THE DISTRICT OF COLUMBIA

William Kramer

        Plaintiff(s),

v.

United States (Government)

        Defendant.

No: 1:05-cv-01659 (PLF)

MOTION FOR A MORE DEFINITE STATEMENT

Defendant has moved to dismiss the above-captioned action pursuant to Fed. R. Civ. P. Rule 12(b) for lack of subject matter jurisdiction. There is no such rule as Fed. R. Civ. P Rule 12(b). Plaintiff requests a more definite statement from counsel being more specific as to exactly which rule counsel is referring to and how that specific rule applies to the instant matter.

Respectfully,

Dated   June 21  , 2006

*William Kramer* (signature)

William Kramer
P.O. Box 1102
Addison, IL 60101

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Jennifer Lynn Vozne
U.S. DEPARTMENT OF JUSTICE
Tax Division, Civil Trial Section, Eastern Region
P.O. Box 227, Ben Franklin Station
Washington, DC 20044


Dated  June 21     , 2006

*William Kramer* (signature)
William Kramer

      7004 1160 0003 6674 2111