UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
WILLIAM M. KRAMER,                      )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 05-1659 (PLF)
                                        )
UNITED STATES OF AMERICA,               )
                                        )
            Defendant.                  )
_____)

ORDER

        Defendant filed a motion to dismiss plaintiff's *pro se* complaint on June 6, 2006.

On June 16, the Court directed plaintiff to respond to the motion by June 30 or face dismissal.

On June 26, plaintiff filed a "motion for a more definite statement" regarding the government's

motion to dismiss.  Plaintiff asserts that "Defendant has moved to dismiss the above-captioned

action pursuant to Fed.R.Civ.P. 12(b) for lack of subject matter jurisdiction.  There is no such

rule as Fed.R.Civ.P. 12(b)."

        Petitioner is mistaken.  Defendant's motion is filed under Rule 12(b) of the

Federal Rules of Civil Procedure, which authorizes the assertion of legal or factual defenses to a

complaint by motion.  Defendant's memorandum in support of the motion adequately sets forth

its arguments in favor of dismissal.  Accordingly, it is hereby

        ORDERED that [16] plaintiff's motion for a more definite statement is DENIED;

and it is

FURTHER ORDERED that plaintiff's deadline for responding to the motion to dismiss shall be extended to July 19, 2006.  If plaintiff fails to file a substantive response by that date, the Court may treat the motion as conceded and dismiss the complaint.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 5, 2006

2