IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM H. KRAMER, | ) |
| | ) |
|     Plaintiff, | ) No. 1:05-cv-01659 (PLF) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

**<u>O R D E R</u>**

Having considered plaintiff's cross-motion for summary judgment, the United States' motion to dismiss the complaint, and all oppositions and replies thereto, the Court concludes that the United States' motion to dismiss motion ought to be granted and plaintiff's cross-motion for summary judgment ought to be denied. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's cross-motion for summary judgment be and is DENIED;

ORDERED that plaintiff's second amended complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1831846.1

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

WILLIAM H. KRAMER
*Plaintiff Pro Se*
P.O. Box 1102
Addison, IL 60101

1831846.1