UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM M. KRAMER,        )
                          )
        Plaintiff,        )
                          )
v.                        )   Civil Action No. 05-1659 (PLF)
                          )
UNITED STATES OF AMERICA, )
                          )
        Defendant.        )
_____)

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [14] to dismiss is GRANTED; it is

FURTHER ORDERED that this case is dismissed for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure; it is

FURTHER ORDERED that plaintiff's motion [18] for summary judgment is therefore denied; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/06