**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WILLIAM H. KRAMER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01659 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Having considered plaintiff's MOTION TO VACATE DISMISSAL, the United

States' opposition, any reply thereto, and the entire record of this proceeding, it is by

the Court

ORDERED that the motion is DENIED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed

below.

SO ORDERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

WILLIAM H. KRAMER
*Plaintiff Pro Se*
P.O. Box 1102
Addison, IL 60101

2067277.1